INTERNATIONAL LOOMS, INC. *v.* JONO TEXTILE COMPANY

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Michael Grossman,* in support of the petition.

Submitted February 15—decided March 1, 1977

MARILYN R. ZIMMERMAN *v.* JANET G. GRAHAM ET AL.

The named defendant's motion to stay the proceedings of summary process in the Court of Common Pleas and to vacate any orders entered by that court until final determination by the Supreme Court in the appeal from the Superior Court in Hartford County is dismissed.

*Phyllis Corneal* and *Ryszard S. Mrotek,* in support of the motion.

Submitted February 16—decided March 1, 1977

LEWIS H. FISHER ET AL. *v.* BETHEL DEVELOPMENT CORPORATION

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Sturges N. Laros,* in support of the petition.
*Richard M. Gordon,* in opposition.

Submitted February 24—decided March 3, 1977